No. 75–5153. BROWN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–5155. POPEKO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5174. WOOLLEN v. WILLIAMS ET AL. C. A. 4th Cir. Certiorari denied.

No. 75–5180. RAPHIEL ET AL. v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–5276. VENABLE v. ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 75–5333. MATTHEWS v. MILLER ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–5361. RODDY v. BLACK, REFORMATORY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 75–5468. CASEY, ADMINISTRATOR v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 75–226. UNITED STATES v. SPINELLA. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–5400. LA RUFFA, AKA BROOKS v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

OCTOBER 29, 1975

No. 75–5453. BROWN v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari dismissed under this Court's Rule 60.